IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE FLOYD,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0016

Opinion filed May 18, 2017.

An appeal from an order of the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

Willie Floyd, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.